UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BALLY TECHNOLOGIES, INC., a Nevada corporation, | 2:-10-CV-00440-PMP-GWF |
| Plaintiff/Counter-Defendant, | **ORDER** |
| vs. | |
| BUSINESS INTELLIGENCE SYSTEMS SOLUTIONS, INC., a California corporation, | |
| Defendant/Counter-Claimant. | |

On August 24, 2011, the Honorable George W. Foley, United States Magistrate Judge, entered an Order (Doc. #102) denying Defendant's Emergency Motion to Compel (Doc. #77).

Now before the Court for consideration is Defendant's fully briefed Objection's to Magistrate Judge Foley's Order (Doc. #110) filed September 7, 2011. Having reviewed the proceedings before the Magistrate Judge relating to Defendant's Motion to Compel (Doc. # 77) and all objections and responses thereto, and finding that the ruling of the Magistrate Judge (Doc. #102) was neither clearly erroneous nor contrary to law, and good cause appearing,

///

///

///

**IT IS ORDERED that** Defendant's Objections (Doc. #110) to Magistrate Judge Foley's, Order (Doc. #102) is **DENIED**.

DATED: October 11, 2011.

_____
PHILIP M. PRO
United States District Judge