UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BALLY TECHNOLOGIES, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> BUSINESS INTELLIGENCE SYSTEMS SOLUTIONS, INC., <br><br> Defendant/Counter-Plaintiff. | 2:10-CV-00440-PMP-GWF <br><br> ORDER ON JUDGMENT |

The Court having this date entered Orders granting and denying summary judgment, and entirely resolving all remaining claims in the above action,

IT IS ORDERED that the Clerk of Court enter Judgment in favor of Defendant Business Intelligence Systems Solutions, Inc. and against Plaintiff Bally Technologies, Inc. on count one of Plaintiff's Complaint.

IT IS FURTHER ORDERED that the Clerk of Court enter Judgment in favor of Plaintiff Bally Technologies, Inc. and against Defendant Business Intelligence Systems Solutions, Inc. on Defendant's seventh (tortious interference with prospective economic advantage) and eighth (defamation) counterclaims.

IT IS FURTHER ORDERED that the Clerk of Court dismiss Defendant's first, second, and third (non-infringement) counterclaims.

///

///

///

///

1  IT IS FURTHER ORDERED that the Clerk of Court dismiss Defendant's fourth,
2  fifth, and sixth (invalidity) counterclaims.

4  DATED:  August 23, 2012

_____
PHILIP M. PRO
United States District Judge