1

2

3

4                              UNITED STATES DISTRICT COURT

5                                    DISTRICT OF NEVADA

6                                            * * *
                                              )
7    BALLY TECHNOLOGIES, INC.,                )
                                              )              2:10-CV-00440-PMP-GWF
8                     Plaintiff,              )
                                              )
9    v.                                       )              ORDER
                                              )
10   BUSINESS INTELLIGENCE SYSTEMS            )
     SOLUTIONS, INC.,                         )
11                                            )
                      Defendant.              )
12   ─────────────────────────────           )

13           Presently before the Court is Plaintiff Bally Technologies, Inc.'s ("Bally")

14   Motion for Reconsideration (Doc. #179), filed on September 13, 2012.  Defendant Business

15   Intelligence Systems Solutions, Inc. ("BIS2") filed an Opposition (Doc. #184) on October

16   1, 2012.  Plaintiff filed a Reply (Doc. #188) on October 11, 2012.

17           The Court "possesses the inherent procedural power to reconsider, rescind, or

18   modify an interlocutory order for cause seen by it to be sufficient" so long as the Court has

19   jurisdiction. City of L.A., Harbor Div. v. Santa Monica Baykeeper, 254 F.3d 882, 885 (9th

20   Cir. 2001) (emphasis and quotation omitted).  "Reconsideration is appropriate if the district

21   court (1) is presented with newly discovered evidence, (2) committed clear error or the

22   initial decision was manifestly unjust, or (3) if there is an intervening change in controlling

23   law." Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir.

24   1993).  "A motion for reconsideration is not an avenue to re-litigate the same issues and

25   arguments upon which the court already has ruled." In re AgriBioTech, Inc., 319 B.R. 207,

26   209 (D. Nev. 2004).

The Court will deny Bally's Motion.  Bally has not identified any newly

discovered evidence or an intervening change in the law to support reconsideration.  Bally

also has not demonstrated the Court's prior ruling was clearly erroneous.  In the original

summary judgment briefing, Bally failed to cite any record support for its statement that

when BIS2's software inverts a standard icon, any contour lines surrounding the data point

represent data values which are "even lower" than the retrieved data point's value.  (Bally's

Opp'n to BIS2's Mot. Summ. J. of No Infringement (Doc. #151) at 16.)  Bally thus failed to

meet its burden of demonstrating a genuine issue of fact remained for trial, and

consequently the Court's Order (Doc. #171) granting summary judgment in BIS2's favor

was not clearly erroneous.  On reconsideration, Bally cites to no record evidence for its

statements that the contour lines[1] around the retrieved data point "must" be less than the

retrieved data point displayed by BIS2's software, that BIS2's software assigns inconsistent

colors to retrieved data values, or that the contour lines surrounding a data point generated

by BIS2's software represent data values less than the actual value of the retrieved data

point regardless of how the contour lines graphically are displayed.  (Mot. for Recons.

(Doc. #179) at 1, 3, 5.)  Consequently, the Court will deny reconsideration.

IT IS THEREFORE ORDERED that Plaintiff Bally Technologies, Inc.'s Motion

for Reconsideration (Doc. #179) is hereby DENIED.

DATED: October 16, 2012

PHILIP M. PRO
United States District Judge

---

[1] BIS2 disputes that its software generates or displays contour lines.  In its prior Order (Doc. #171), the Court assumed without deciding that BIS2's software generates and displays contour lines, and the Court does so again on reconsideration.

2