UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Bally Technologies, Inc.<br><br>        Plaintiff,<br><br>vs.<br><br>Business Intelligence Systems Solutions, Inc.<br><br>        Defendant. | District No.   2:10-cv-00440-PMP -GWF |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

      On December 17th, 2012 this court received a transcript order form dated December 17th, 2012 requesting a Transcript of the Motion Hearing held on January 18, 2012 from Adam K Yowell, Counsel for the Plaintiff Bally Technologies, in which **the hearing is sealed.**

      **IT IS THE ORDER OF THE COURT** that the sealed recording of the hearing shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Plaintiff Counsel.

      **IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

      **IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 18 day of December, 2012.

                                                Philip M. Pro
                                                United States Judge